DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LENNAR HOMES, LLC,**
Appellant,

v.

**MIRALAGO ESTATES I NEIGHBORHOOD ASSOCIATION, INC.,**
Appellee.

No. 4D22-1920

[May 25, 2023]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jack B. Tuter, Judge; L.T. Case No. CACE-20-018176.

David M. Gersten and Eric R. Thompson of Gordon Rees Scully Mansukhani, Miami, and Scott D. Kravetz and Richard D. Shane of Duane Morris LLP, Miami, for appellant.

Michael J. Korn of Korn & Zehmer, P.A., Jacksonville, and Barry B. Ansbacher and Michael C. Feinberg of Ansbacher Law, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and LEVINE, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***